UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **TIMOTHY GRAY MILLER** | ) | CASE NO. **07-76463 – MHM** |
| **ROBIN SUE MILLER,** | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER AND NOTICE ON DEBTOR'S MOTION TO REOPEN CASE**

On July 22, 2014, Debtors filed a *Motion to Reopen* this case to file Debtors' motion to avoid judicial lien filed by Auto Color Co., Inc., (Doc. No. 33) (the "Motion"). The Motion is available for review in the office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at ***http://ecf.ganb.uscourts.gov*** (registered users) or at ***http://pacer.psc.uscourts.gov*** (unregistered users). It is hereby

**ORDERED** that any person or party who objects to the relief sought in the Motion:

1. **Must file** a written objection, stating the grounds therefor, on or before the close of business[1] _August 21_, 2014, with the

    Clerk, U.S. Bankruptcy Court
    1340 U.S. Courthouse
    75 Spring Street, SW
    Atlanta, Georgia 30303;

2. **Must serve** a copy of said objection upon Debtors' attorney:

---

[1] Objections filed electronically may be filed up to 11:59:59 p.m. All other objections must be filed by delivery to the Clerk's Office at or before 4:00 p.m.

Samuel D. Hicks
Hicks, Casey & Foster, P.C.
136 North Fairground Street
Marietta, GA 30060

so that such written objection is received by Debtors' attorney on or before the deadline set forth in Paragraph 1; and

3. **Must advocate** the objection at the hearing on the Motion.

If any objection is filed, hearing on the Motion will be held before the undersigned in Courtroom 1204, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, on August 26, 2014, at 3:00 o'clock P.m.

**Any objection not timely filed, served, or advocated at the hearing set above shall be deemed waived. If no objection is filed as set forth above, this case shall thereupon stand REOPENED without further notice or hearing and without the necessity of reappointing the Chapter 7 Trustee.** It is further

**ORDERED** that Debtors' attorney shall serve a copy of this Order and Notice upon Debtors, the Chapter 7 Trustee, the U.S. Trustee, and all creditors and parties in interest on or before July 31, 2014, and shall file a certificate of such service within three days thereafter.

IT IS SO ORDERED, this the 24th day of July, 2014.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE